IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAKISHA M. SMITH, and ANTENISE L. GILMORE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LINCOLN PUBLIC SCHOOLS, Lincoln Northwest High School;<br><br>　　　　　Defendant. | 4:25CV3027<br><br>MEMORANDUM AND ORDER |

　　Plaintiff Lakisha M. Smith ("Smith"), a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis (the "IFP Motion"). Filing No. 2. Upon review of the IFP Motion, the Court finds that Smith is financially eligible to proceed in forma pauperis.

　　IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted to Smith, and her Complaint shall be filed without payment of fees. Smith is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

　　Dated this 27th day of February, 2025.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court