IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAKISHA M. SMITH, and ANTENISE L. GILMORE, <br><br> Plaintiffs, <br><br> vs. <br><br> LINCOLN PUBLIC SCHOOLS, Lincoln Northwest High School; <br><br> Defendant. | 4:25CV3027 <br><br> **MEMORANDUM AND ORDER** |

  This multi-plaintiff matter is before the Court on a motion (the "Motion") filed by Plaintiff Lakisha M. Smith ("Smith"). Filing No. 13. In the Motion, Smith seeks to extend the December 8, 2025, deadline set forth in this Court's November 7, 2025, Memorandum and Order, *see* Filing No. 12, to file a second amended complaint. Filing No. 13. Although Smith does not indicate how much additional time she seeks or why she requires additional time, the Court shall grant the Motion.

  The Court notes that only Plaintiff Smith sought an extension and only Plaintiff Smith signed the Motion, *see* Filing No. 13, although the Court's November 7, 2025, Memorandum and Order requiring amendment of the complaint applied to both Smith and her co-plaintiff Antenise L. Gilmore ("Gilmore"), *see* Filing No. 12. While the Court shall grant both Smith and her co-plaintiff Gilmore 30 additional days to file their second amended complaint, Smith and Gilmore are hereby notified that along with any complaints they choose to file, all other documents filed with this Court on behalf of both plaintiffs must be signed by Smith *and* Gilmore. Moreover, so long as Smith and Gilmore appear without counsel in this action, both Smith and Gilmore must sign documents for

themselves. See Fed. R. Civ. P. 11. Smith and Gilmore are WARNED that future group motions or pleadings that do not comply with this requirement shall be stricken pursuant to Rule 11(a).

Upon consideration,

**IT IS ORDERED** that:

1. Smith's Motion, Filing No. 13, is granted. Plaintiffs Smith and Gilmore shall have until **January 9, 2026**, to file their second amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "December 8, 2025: deadline for second amended complaint," and to set the following pro se case management deadline: **January 9, 2026**: check for second amended complaint.

3. Smith and Gilmore are notified that if they seek additional time to file their second amended complaint, they must seek an extension by written motion no later than the January 9, 2026, deadline, which must be signed by both parties.

Dated this 10th day of December, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2