IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAKISHA M. SMITH, and ANTENISE L.
GILMORE,

                    Plaintiffs,                                    **4:25CV3027**

          vs.

                                                          **MEMORANDUM AND ORDER**

LINCOLN PUBLIC SCHOOLS, Lincoln
Northwest High School;

                    Defendant.

This multi-plaintiff matter is before the Court on a motion (the "Motion") filed by Plaintiffs Lakisha M. Smith and Antenise L. Gilmore ("Plaintiffs"). Filing No. 15. In their Motion, Plaintiffs seek to extend the January 9, 2026, deadline set forth in this Court's December 10, 2025, Memorandum and Order, *see* Filing No. 14, to file a second amended complaint. Filing No. 15. As cause, Plaintiffs allege that they need additional time to comply as they intend to seek counsel to represent them in this matter. *Id.* Although Plaintiffs do not indicate how much additional time they seek, the Court shall grant the Motion.

IT IS THEREFORE ORDERED that:

1. Plaintiffs' Motion, Filing No. 15, is granted. Plaintiffs shall have until **February 11, 2026**, to file their second amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "January 9, 2026: check for second amended complaint," and to set the following pro se case management deadline: **February 11, 2026**: check for second amended complaint.

3.   Plaintiffs are notified that if they obtain counsel their counsel shall enter an appearance and may seek additional time to file their second amended complaint if needed by written motion no later than the February 11, 2026, deadline.  Plaintiffs are further notified that if they do not obtain counsel, they must file their second amended complaint pro se (signed by both Gilmore and Smith) by the February 11, 2026, deadline and must provide good cause for any further extensions of the February 11, 2026, deadline by written motion.

Dated this 12th day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge