IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAKISHA M. SMITH, and ANTENISE L. GILMORE,

Plaintiffs,

vs.

LINCOLN PUBLIC SCHOOLS, Lincoln Northwest High School;

Defendant.

4:25CV3027

MEMORANUDM AND ORDER

This matter is before the Court sua sponte for case management. On November 7, 2025, this Court performed an initial review of the amended complaint filed by Plaintiff Lakisha M. Smith and Antenise L. Gilmore ("Plaintiffs") pursuant to 28 U.S.C. § 1915(e), finding that, as pleaded, Plaintiffs' Amended Complaint was subject to dismissal for failure to state a claim upon which relief could be granted.[1] Filing No. 12. Plaintiffs were warned that if they failed to file a second amended complaint by December 8, 2025, this matter would be dismissed without further notice. Id. at 4.

Plaintiffs then filed two separate motions to extend the deadline to amend and indicated Plaintiffs were seeking counsel to assist them with this matter. See Filing Nos. 13 & 15. Both motions were granted resulting in the December 8, 2025, deadline being extended to January 9, 2026, see Filing No. 14, and then to February 11, 2026, see Filing No. 16. In the Memorandum and Order extending the deadline to February 11, Plaintiffs were notified that if they obtained counsel their counsel shall enter an appearance and

---

[1] The Court had previously reviewed Plaintiffs' initial complaint also finding amendment was required for any claims to proceed. See Filing No. 6.

may seek additional time to file their second amended complaint, but if Plaintiffs continued to remain unrepresented, they must provide "good cause" for any future extensions. *Id.*

To date, Plaintiffs have not filed their second amended complaint or any motion to extend the February 11 deadline and the time to do so has passed.  On February 9, 2026, Plaintiffs did file correspondence with the Court indicating that they did not initially receive the order extending the January 9, 2026, deadline to February 11, 2026, they had requested a copy of that order from the Clerk's Office, which they received on January 30, 2026, and they were in the process of seeking counsel.  Filing No. 17.  However, no extension of the February 11 deadline was requested in that correspondence, *id.*, and nothing has being filed into this case since.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiffs failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 26th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2